City of Chicago, Appellee, v. Wong Wah, Appellant.

Gen. No. 24,320.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed March 25, 1918.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff, against Wong Wah, defendant, for violation of a city ordinance. Defendant, appellant, failed to file the record at the proper term of court. Appellee docketed the cause, filed a short record and moved to affirm the judgment of the Municipal Court.

The judgment was affirmed for the reasons given in *City of Chicago v. Salmitsky, ante,* p. 159.

No appearance for appellant.

HARRY B. MILLER and DANIEL WEBSTER, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

Vol. CCX 11